IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| IN RE: TLI COMMUNICATIONS LLC PATENT LITIGATION | ) ) ) ) MDL No. 1:14md2534 ) |
| This document relates to ALL member cases | ) ) ) |

## ORDER

This matter is before the Court on plaintiff's unopposed motion for leave to a file a brief in excess of thirty pages. Plaintiff timely filed its opening claim construction brief by 5:00 p.m., Monday, December 2, 2014, and the length of the brief was 42 pages. Three hours later, plaintiff filed a motion and supporting memorandum seeking permission to exceed the thirty-page limit in its opening claim construction brief. In support of this motion, plaintiff's counsel noted that all of the disputed claim terms could not be adequately addressed within the thirty-page limit. Given this, and in view of the fact that the motion is unopposed, it is appropriate to grant the motion and it is also appropriate, in fairness, to allow defendants an additional 12 pages in their claim construction response brief. Of course, defendants need not use these additional pages if it is unnecessary to do so.

Accordingly it is hereby **ORDERED** that plaintiff's motion for leave to a file a brief in excess of thirty pages is **GRANTED.**

It is further **ORDERED** that defendants are hereby allowed an additional 12 pages in their claim construction response brief.

The Clerk is directed to send a copy of this Order to all counsel of record in this MDL matter.

Alexandria, Virginia
December 3, 2014

/s/ _____
T. S. Ellis, III
United States District Judge